**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DAVID M. LOWERY**                                                                            **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.:1:23-cv-00114-LG-RPM**

**CBC RECOVERY, INC;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC;
AND JOHN DOES 1-10**                                        **DEFENDANTS**

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, David Lowery, and Defendants, **TRANS UNION, LLC**, and **EQUIFAX INFORMATION SERVICES, LLC** have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next thirty (30) days. Plaintiff requests that the Court excuse Defendants, **TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC**, from all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

      RESPECTFULLY SUBMITTED this the 14th day of July 2023.

                                         /s/Michael T. Ramsey
                                         Michael T. Ramsey (MSB #104978)
                                         **SHEEHAN & RAMSEY, PLLC**
                                         429 Porter Avenue
                                         Ocean Springs, Mississippi 39564
                                         228-875-0572
                                         mike@sheehanramsey.com

## **CERTIFICATE OF SERVICE**

  I, Michael T. Ramsey, attorney for the Plaintiff, do hereby certify that I have filed the foregoing by ECF – which sent notice to all parties entitled to service.

               /s/Michael T. Ramsey
               Michael T. Ramsey